IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PHILLIP GREEN     PLAINTIFF

v.     No. 3:18-cv-252-DPM

D. STERLING, Guard; and
K. SULLIVAN, Nurse,
Craighead County Detention Center     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Green hasn't responded to the Court's 2 January 2019 Order; and the time to do so has passed. № 2. Green's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2019