# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**PHILLIP GREEN**                                                    **PLAINTIFF**

v.                                No. 3:18-cv-252-DPM

**D. STERLING, Guard; and**
**K. SULLIVAN, Nurse,**
**Craighead County Detention Center**               **DEFENDANTS**

## JUDGMENT

Green's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 March 2019